## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. FAITH S. HOCHBERG, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 09-665 |
| | : | |
| MICHAEL MAGUIRE | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Ralph J. Marra, Jr., Acting United States

Attorney for the District of New Jersey (Shana W. Chen, Assistant United States Attorney,

appearing), and defendant Michael Maguire (John Yauch, Assistant Federal Public Defender,

appearing), for an order granting a continuance of the proceedings in the above-captioned matter

to allow the defendant and the Office of the United States Attorney for the District of New Jersey

to conduct plea negotiations and finalize a plea agreement, and the defendant being aware that he

has the right to have the matter brought to trial within 70 days of the date of his appearance

before a judicial officer of this court, pursuant to Title 18 of the United States Code, Section

3161(c)(1); and the defendant having consented to the continuance in the above-captioned matter

because he needs additional time to confer with counsel and review discovery; and it appearing

that the defendant has waived such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.  Plea negotiations currently are in progress, and the United States and the defendant desire additional time to negotiate a plea agreement, which would thereby render trial of this matter unnecessary.

2.  Defendant has consented to the aforementioned continuance.

3.  The grant of a continuance will likely conserve judicial resources.

4.  Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, IT IS on this 11ᵗʰ day of September, 2009

ORDERED that the proceedings in the above-captioned matter are continued for the period of September 10, 2009 through January 5, 2010; and

IT IS FURTHER ORDERED that the period between September 10, 2009 through January 5, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

Pretrial motions due 10/12/09.
Opposition due 10/26/09.
Reply papers due 11/2/09.
Trial scheduled for 1/5/10 @ 9:30A.m.
        SO ORDERED.

HONORABLE FAITH S. HOCHBERG
United States District Judge

-2-